UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. PARNELL, | No. 2:16-cv-01556 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. MARTINEZ, et al., | |
| Defendants. | |

On December 8, 2016, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's November 23, 2016 order dismissing plaintiff's complaint with leave to amend. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

Therefore, plaintiff's motion for reconsideration (ECF No. 10) is denied.

IT IS SO ORDERED.

Dated: January 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE