UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. PARNELL, | No. 2:16-cv-1556 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. MARTINEZ, et al., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 22) is granted; and

2. Plaintiff is granted until October 9, 2017 to file a second amended complaint.

Plaintiff's failure to file a second amended complaint by that date will result in dismissal.

Dated: September 12, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
parn1556.36(3)