1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   J.P. PARNELL,                              No. 2:16-cv-1556 MCE CKD P

12                   Plaintiff,

13          v.                                  ORDER

14   A. MARTINEZ, et al.,

15                   Defendants.

16

17          Plaintiff has filed a motion asking that he be permitted to transfer the exhibits from his

18   amended complaint to his yet-to-be-filed second amended complaint.  Plaintiff's motion will be

19   denied as Local Rule 220 requires that any amended complaint be complete in itself without

20   reference to any prior pleading.  In any case, plaintiff is notified that he need not attach exhibits to

21   his second amended complaint as pleadings do not require evidentiary support.  See Fed. R. Civ.

22   P. 8.

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's August 24, 2017 motion to

2 transfer his exhibits from his amended complaint to his second amended complaint (No. ECF 21)

3 is denied.

4 Dated: September 12, 2017

5 _____
     CAROLYN K. DELANEY
6    UNITED STATES MAGISTRATE JUDGE

7

8

9 1/bh
     parn1556.sup
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28