UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. PARNELL,<br><br>        Plaintiff,<br><br>   v.<br><br>A. MARTINEZ, et al.,<br><br>        Defendants. | No. 2:16-cv-1556 MCE CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 25) is granted; and

    2. Plaintiff is granted until November 20, 2017 to file a second amended complaint.

Plaintiff's failure to file a second amended complaint by that date will result in dismissal.

Dated: October 18, 2017

                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

---

1
parn1556.36(4)