UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. PARNELL, | No. 2:16-cv-1556 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. MARTINEZ, et al., | |
| Defendants. | |

Plaintiff has filed his second request for an extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 31) is granted; and

2. Plaintiff is granted until March 19, 2018 to file a second amended complaint. Failure to file a second amended complaint by that date will result in a recommendation that this action be dismissed.

Dated: February 28, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
parn1556.36.sec