UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. PARNELL,<br><br>  Plaintiff,<br><br>  v.<br><br>A. MARTINEZ, et al.,<br><br>  Defendants. | No. 2:16-cv-1556 MCE CKD (PC)<br><br><br>ORDER |

Plaintiff has requested an extension of time to file objections to the court's September 19, 2018 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 36) is granted;

2. Plaintiff is granted 30 days within which to file objections to the court's September 19, 2018 findings and recommendations.

Dated: October 23, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
parn1556.eot